# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



ELMER C. RODRIGUEZ-CASTILLO

    VS.                                    **CIVIL NO.**  04-2192  **(JAF)**

UNITED STATES OF AMERICA

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED:  <br> [] Plffs. | DOCKET: <br> [] Defts. | TITLE: |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 7, and no objection having been filed by Petitioner, the court ADOPTS the Magistrate's Report and ORDERS the summary dismissal of this case pursuant to Rule 4 of the Rules Governing Section 2255 Appeals in United States Courts. Judgment to enter accordingly. |||
| **IT IS SO ORDERED.** |||

April 14, 2005                       S/José Antonio Fusté
    Date                            José Antonio Fusté
                                     Chief U.S. District Judge