UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ELMER C. RODRIGUEZ-CASTILLO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 04-2192 (JAF)

(Criminal No. 98-267)

**O R D E R**

    Petitioner, Elmer C. Rodríguez-Castillo, requests a certificate of appealability[1] from this court to appeal our denial on April 15, 2005, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996). A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996).

    Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in the Magistrate-Judge's Report and Recommendation of March 30, 2005, Docket Document No. 7, adopted by this court on April 15, 2005. Docket Document No. 8. Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, this 17th day of June, 2005.

                      s/José Antonio Fusté
                      JOSE ANTONIO FUSTE
                      U. S. District Judge

---

[1] On May 2, 2005, Petitioner filed a "Notice of Appeal" before this court, Docket Document No. 13, which contained the request for a certificate of appealability which we address herein.