# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



**ELMER C. RODRIGUEZ-CASTILLO**

    VS.                             **CIVIL NO.** _04-2192_ **(JAF)**

**UNITED STATES OF AMERICA**

| DESCRIPTION OF MOTION ||
|---|---|
| DATE FILED:    DOCKET:<br><br>[ ] Government    [ ] Pretrial<br>[ ] Defendant(s)  [ ] Probation | TITLE: |
| **O-R-D-E-R** ||
| A Final Disposition Hearing to address all pending issues shall be held on **August 25, 2006, at 3:00 P.M.** The Bureau of Prisons and the U.S. Marshals Service shall secure defendant's presence in this jurisdiction **at least five (5) days before the hearing.**<br>    **The Federal Public Defender is appointed to represent the defendant during these proceedings.**<br>    IT IS SO ORDERED. ||

    7/31/2006                            S/José Antonio Fusté
      DATE                                 JOSE A. FUSTE
                                       U.S. DISTRICT JUDGE